BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUDY ALBERTO GONZALEZ-ROCHA and ELOY DAMIAN GONZALEZ-ROCHA,<br><br>Defendants. | CASE NO. Cr . 1:14CR00039 AWI-BAM<br><br>STIPULATION REGARDING ADVANCEMENT;  ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a suppression hearing on Monday, June 30, 2014, at 10:00 a.m. before the Honorable Senior U.S. District Judge Anthony W. Ishii.

2. By this stipulation, the parties agree to advance the matter for a change of plea on May 12, 2014, at 10 a.m. and vacate the June 30 hearing date.

////

////

////

1

IT IS SO STIPULATED.

DATED:   May 2, 2014.        Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   May 2, 2014.

/s/ Annette Smurr
ANNETTE SMURR
Counsel for Defendants

**O R D E R**

IT IS SO ORDERED.

Dated:   May 2, 2014        _____
                            SENIOR DISTRICT JUDGE

2