1  BENJAMIN B. WAGNER
United States Attorney
2  KAREN A. ESCOBAR
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                CASE NO.  1:14-CR-00039-AWI-BAM

11                         Plaintiff,        PRELIMINARY ORDER OF FORFEITURE

12                 v.

13  RUDY ALBERTO GONZALEZ-ROCHA, and
ELOY DAMIAN GONZALEZ-ROCHA,
14
                        Defendants.
15

16       Based upon the plea agreement entered into between United States of America and defendants

17  Rudy Alberto Gonzalez-Rocha and Eloy Damian Gonzalez-Rocha, it is hereby ORDERED,

18  ADJUDGED AND DECREED as follows:

19       1.     Pursuant to 18 U.S.C. §§ 924(d), 924(d)(1), 21 U.S.C. §§ 853, 881(a), and 881(a)(6), and

20  28 U.S.C. § 2461(c), defendants Rudy Alberto Gonzalez-Rocha and Eloy Damian Gonzalez-Rocha's

21  interests in the following property shall be condemned and forfeited to the United States of America, to

22  be disposed of according to law:

23            a.  Approximately $17,120.00 in U.S. Currency,

24            b.  One .40 caliber Springfield handgun,

25            c.  One 9 mm Glock handgun, and

26            d.  One .40 caliber Glock handgun.

27       2.     The above-listed assets are property derived from, or is traceable to the proceeds obtained

28  directly or indirectly from the commission of the criminal conduct alleged in the Indictment or that is

PRELIMINARY ORDER OF FORFEITURE                1

1   used or is intended to be used to facilitate or used to commit the criminal conduct alleged in the

2   Indictment which are a violation of 18 U.S.C. §§ 924(d), 924(d)(1), 21 U.S.C. §§ 853, 881(a), 881(a)(6),

3   and 28 U.S.C. § 2461(c).

4          3.        Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to

5   seize the above-listed property.  The aforementioned property shall be seized and held by the

6   Department of Homeland Security, Customs and Border Protection in its secure custody and control.

7          4.        a. Pursuant to 21 U.S.C. § 853(n) and Local Rule 171, the United States shall publish

8   notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a

9   designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be

10  posted for at least 30 consecutive days on the official internet government forfeiture site

11  www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice

12  to any person known to have alleged an interest in the property that is the subject of the order of

13  forfeiture as a substitute for published notice as to those persons so notified.

14               b. This notice shall state that any person, other than the defendant, asserting a legal

15  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

16  first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

17  within thirty (30) days from receipt of direct written notice, whichever is earlier.

18         5.        If a petition is timely filed, upon adjudication of all third-party interests, if any, this

19  Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 924(d), 924(d)(1), 21 U.S.C. §§

20  853, 881(a), and 881(a)(6), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

21         6.        The government, in its discretion, shall conduct discovery, including written discovery,

22  the taking of depositions, and the issuance of subpoenas, in order to identify, locate or dispose of

23  property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal

24  Procedure.

25

26  IT IS SO ORDERED.

27  Dated:   May 16, 2014                          _____

                                                      SENIOR  DISTRICT  JUDGE

28

PRELIMINARY ORDER OF FORFEITURE                         2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28