BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00039-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RUDY ALBERTO GONZALEZ-ROCHA, and ELOY DAMIAN GONZALEZ-ROCHA, | |
| Defendants. | |

WHEREAS, on May 19, 2014, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 924(d), 924(d)(1), 21 U.S.C. §§ 853, 881(a), and 881(a)(6), 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendants Rudy Alberto Gonzalez-Rocha and Eloy Damian Gonzalez-Rocha, forfeiting to the United States the following property:

    a. Approximately $17,120.00 in U.S. Currency,

    b. One .40 caliber Springfield handgun,

    c. One 9mm Glock handgun, and

    d. One .40 caliber Glock handgun.

FINAL ORDER OF FORFEITURE     1

AND WHEREAS, beginning on May 31, 2014, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired;

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d), 924(d)(1), 21 U.S.C. §§ 853, 881(a), and 881(a)(6), 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Rudy Alberto Gonzalez-Rocha and Eloy Damian Gonzalez-Rocha.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection or the Fresno County Sheriff's Department shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:   September 24, 2014                    _____
                                                SENIOR DISTRICT JUDGE